UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Plaintiff,

    v.

UNITED STATES ATTORNEY GENERAL'S OFFICE-SAN FRANCISCO DIVISION,

    Defendant.

Case No. 16-cv-00494-VC   (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff Steven Wayne Bonilla is a state prisoner who alleges that the United States Attorney General's Office violated Bonilla's constitutional rights. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

    The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he may not proceed *in forma pauperis*. Furthermore, he may not proceed even if he pays the filing fee because, even liberally construed, the allegations do not state a claim for which relief may be granted and amendment would be futile.

    Accordingly, this complaint is dismissed with prejudice. The Clerk of the Court shall enter a separate judgment and close the file.

    **IT IS SO ORDERED**.

Dated: February 8, 2016

VINCE CHHABRIA
United States District Judge